■ In the Matter of ZOBAIDA NOOR, Respondent, v NOOR MOHAMED NOOR, Appellant. [790 NYS2d 299]—Mugglin, J. Appeal from an order of the Family Court of Schenectady County (Powers, J.), entered February 25, 2002, which granted petitioner's application, in a proceeding pursuant to Family Ct Act article 8, for an order of protection.

On January 4, 2002, Family Court entered a temporary order of protection. Thereafter, Family Court entered an amended temporary order of protection. Following a plenary hearing, Family Court issued an order of protection. The orders, respectively, expired July 4, 2002, July 19, 2002, and February 25, 2003. As no further relief has been sought (*see Matter of Fisk v Fisk*, 274 AD2d 691, 693 [2000]; *Matter of Exum v Sims*, 254 AD2d 178 [1998]; *Matter of Betancourt v Boughton*, 204 AD2d 804, 810 [1994]), this appellate challenge to the issuance of the orders of protection is moot as any determination herein will not directly affect the rights of the parties (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714 [1980]).

Cardona, P.J., Crew III, Carpinello and Kane, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.